IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| FLORIDA BANKERS ASSOCIATION and TEXAS BANKERS ASSOCIATION, | ) ) ) | |
| Plaintiffs-Appellants | ) ) ) | |
| v. | ) ) | No. 14-5036 |
| UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*, | ) ) ) ) | |
| Defendants-Appellees | ) ) | |

**BILL OF COSTS DECLARATION**

JOHN A. NOLET, counsel for the United States, states as follows:

1. Rule 39(b) of the Federal Rules of Appellate Procedure provides that "[c]osts for or against the United States, its agency, or officer will be assessed under Rule 39(a) only if authorized by law." Under 28 U.S.C. § 2412(a)(1), "[e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title [exclusive of attorneys' fees] may be awarded to the prevailing party in any civil action brought by or against the United States or any agency or any official of the United States acting in his or her official capacity in any court having jurisdiction of such action."

Under 28 U.S.C. § 1920(4), taxable costs include the costs of copying papers necessarily filed in the case.

2. I am an attorney employed in the Appellate Section of the Tax Division of the Department of Justice, and in that capacity I have knowledge of the cost of duplicating the appellee's answering brief and supplemental appendix filed and served in the United States Court of Appeals for the District of Columbia Circuit in the above-entitled case. The total cost of duplicating said items was $112.68 as shown by the accompanying copies of this Court's bill of costs worksheet and this office's memorandum certifying in-house photocopy costs, both dated August 27, 2015.  This total cost is correct to the best of my knowledge and belief and has been necessarily incurred.

I declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the foregoing is true and correct.  Executed this 27th day of August, 2015, at Washington D.C.

s/ John A. Nolet
JOHN A. NOLET
*Attorney*

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

| | |
|---|---|
| Florida Bankers Ass'n and Texas Bankers Ass'n | Appeal No. 14-5036 |
| v. | Consolidated Case Nos. |
| U.S. Dep't of Treasury, et al. | |
| (Type caption of lead case only) | |

---

The Clerk is directed to tax costs, pursuant to Fed. R. App. P. 39 and Local Rule 39, for the docketing fee (receivable only by appellant/petitioner), and for the cost of reproducing only the number of copies of briefs and appendices which have been required to be filed with the Court or served on parties, intervenors and amici curiae, plus three copies for the prevailing party. Bills of costs must be filed within fourteen (14) days after entry of judgment. The Court looks with disfavor upon motions to the file bills of costs out of time.

---

## BILL OF COSTS

Comes now  the U.S. Dep't of Treasury (appellee)  (appellant, petitioner, appellee, or respondent), (the) (a) prevailing party in Appeal Nos. 14-5036                , by counsel, and states that costs have been incurred in said case(s) which should be taxed (solely) (jointly and severally) against the following (party) (parties)

**NAME OF PARTY OR PARTIES**           **APPEAL NO.**

(1) Florida Bankers Ass'n                14-5036

(2) Texas Bankers Ass'n                  14-5036

(3)

(4)

(5)

USCA Form 48
October 2013 (REVISED)

(Use per page, per cover or per volume charges where applicable.)

USCA Case #14-5036   Document #1573111   Filed: 08/27/2015   Page 4 of 7

|  | Total # copies of briefs |  | Pages, Covers or fasteners per brief |  | Total # of pages, covers or fasteners |  | Fee per page, cover or fastner |  | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| **TEXT:** | 9 | X | 94 | = | 846 | X | $ 0.06 | = | $ 50.76 |
| **COLOR:** | | X | | = | | X | | = | |
| **FRONT COVERS:** | | X | | = | | X | | = | |
| **BACK COVERS:** | | X | | = | | X | | = | |
| **FASTENERS:** | | X | | = | | X | | = | |
| | | | | | | | AMOUNT $ | | 50.76 |

**REPLY BRIEF (if applicable)**

|  | Total # copies of briefs |  | Pages, Covers or fasteners per brief |  | Total # of pages, covers or fasteners |  | Fee per page, cover or fastner |  | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| **TEXT:** | | X | | = | | X | | = | |
| **COLOR:** | | X | | = | | X | | = | |
| **FRONT COVERS:** | | X | | = | | X | | = | |
| **BACK COVERS:** | | X | | = | | X | | = | |
| **FASTENERS:** | | X | | = | | X | | = | |
| | | | | | | | AMOUNT $ | | |

**APPENDIX**

|  | Total # copies of briefs |  | Pages, Covers or fasteners per brief |  | Total # of pages, covers or fasteners |  | Fee per page, cover or fastner |  | Subtotal |
|---|---|---|---|---|---|---|---|---|---|
| **TEXT:** | 8 | X | 129 | = | 1,032 | X | $ 0.06 | = | $ 61.92 |
| **COLOR:** | | X | | = | | X | | = | |
| **FRONT COVERS:** | | X | | = | | X | | = | |
| **BACK COVERS:** | | X | | = | | X | | = | |
| **FASTENERS:** | | X | | = | | X | | = | |
| | | | | | | | AMOUNT $ | | 61.92 |

AMOUNT OF SUBTOTALS  $  112.68

DOCKETING FEE (if applicable) $

TOTAL COSTS TO BE TAXED  $  112.68

It is understood that the Clerk will tax costs only against those parties specifically named herein and in the amount which does not exceed either the specific sum claimed or the total allowable amount determined in accordance with Circuit Rule 39.

The costs claimed as actual costs are the actual costs incurred. A copy of the printer's/duplicator's bill, or other sufficient documentation of actual costs incurred, is attached.

| John A. Nolet | s/ John A. Nolet |
|---|---|
| Typed Name of Counsel | Signature of Counsel |

U.S. Dep't of Justice, Tax Division, Appellate Section

Counsel's Address

P.O. Box 502, Washington, DC  20044

( 202 )  514-2935

Counsel's Telephone Number

**VERIFICATION** *

State of _____ )
                      )  SS:
County of _____ )

COMES NOW _____, and being first duly sworn, does depose and state that (he) (she) signed the foregoing Bill of Costs, that the costs claimed therein were incurred in connection with the captioned appellate proceeding and, as set forth, are true and correct.

SUBSCRIBED AND SWORN TO before the undersigned, a Notary public, this ____ day of _____, 20____.

_____
Notary Public

(Notary seal or stamp)

**COUNSEL SHALL ATTACH A CERTIFICATE OF SERVICE**

*In lieu of this sworn verification, an unsworn declaration in conformity with 28 U.S.C. 1746 may be substituted.

MEMORANDUM

| Subject: Cost of Duplicating the Response Brief And Supplemental Appendix For the U.S. Dep't of Treasury | Date: August 27, 2015 |
|---|---|
| From: Robert Bruffy Executive Officer | To: Caroline D. Ciraolo Acting Assistant Attorney General Tax Division |

    This is to certify that the cost for copies made in our Litigation Support Service Center, Main Justice Building, is six cents per page. Consequently, I certify that the cost of duplicating 9 copies of the answering brief for the Commissioner in *Florida Bankers Ass'n v. U.S. Dep't of Treasury,* No. 14-5036, filed in the United States Court of Appeals for the District of Columbia Circuit, is as follows:

Answering Brief for the United States:

    846 sheets duplicated at $.06 per copy =    $50.76

Supplemental Appendix for the United States:

    1032 sheets duplicate at $.06 per copy =    $61.92

    Total:    $112.68

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users and will be served electronically.

    s/ John A. Nolet    
JOHN A. NOLET
*Attorney*
